# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JOHNNIE LEE JORDAN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2033

————————————————

March 20, 2026

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco and Wesley D. Tibbals, Judges.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and LaROSE, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.